UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LAVERN EDDINGTON JR., | Case No. 1:21-cv-01165-HBK (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT |
| v. | |
| KELVIN JACKSON, et al., | (Doc. No. 44) |
| Defendants. | |

On October 3, 2024, Defendants filed their latest bimonthly status report concerning Plaintiff's parallel criminal proceedings in Kern County Superior Court. (Doc. No. 44). In it, Defendants advise that Plaintiff's next trial readiness hearing is January 9, 2025 and trial is set for January 21, 2025. (*Id*. at 2). Accordingly, Defendants request to file their next status report by February 15, 2025, rather than in December 2024 as otherwise required under the Court's February 20, 2024 Order Staying Case. (*See* Doc. No. 36 at 3); (Doc. No. 44 at 2). The Court finds good cause to grant the request.

Accordingly, it is **ORDERED**:

1. No later than **February 15, 2025**, Defendants shall file a status report to apprise the Court of the status of Plaintiff's parallel criminal action and any appeals thereof so the Court may determine whether the stay shall continue.

2. After submitting the February 2025 status report, Defendants shall continue thereafter to

file bimonthly status reports as required by the Court's February 20, 2024 Order Staying Case (Doc. No. 36) until further order of the Court.

Dated:     October 4, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE