UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELVIN LAVERN EDDINGTON JR.,

Plaintiff,

v.

KELVIN JACKSON, et al.,

Defendants.

Case No. 1:21-cv-01165-HBK (PC)

ORDER TERMINATING MOTION

(Doc. 62)

On July 24, 2026, Plaintiff filed a motion to amend complaint. (Doc. 62). The motion does not attach a proposed amended complaint or otherwise set forth the substance of any proposed amendments. Instead, Plaintiff states only an intention to file an amended complaint and requests for admission and documents. (*Id.*).

A motion for leave to amend must be accompanied by the proposed amended pleading so that the Court can evaluate whether amendment is appropriate. Because Plaintiff has not provided a proposed amended complaint, the motion is procedurally deficient.

Additionally, Plaintiff is advised that discovery requests, including requests for admission and for production s of documents, are not filed with the Court. Such materials must be served on the opposing party in accordance with the Federal Rules of Civil Procedure and the applicable local rules.

////

Accordingly, IT IS ORDERED:

1. Plaintiff's motion (Doc. 62) is TERMINATED without prejudice.
2. Plaintiff may file a renewed motion that complies with the applicable rules.

Dated: July 27, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

.